# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RALPH D. LEE, <br><br> Plaintiff, <br><br> v. <br><br> TREMONT MORTGAGE TRUST, JOHN L. HARRINGTON, MATTHEW P. JORDAN, WILLIAM A. LAMKIN, JOSEPH L. MOREA, ADAM D. PORTNOY, and RMR MORTGAGE TRUST, <br><br> Defendants. | Case No. 1:21-cv-05618-LLS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 12, 2021

**RIGRODSKY LAW, P.A.**

By: /s/ *Gina M. Serra*
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
(516) 683-3516
sdr@rl-legal.com
tjm@rl-legal.com
gms@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*